DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MANUEL JUAREZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0060 WBS |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. ) | |
| ) | |
| MANUEL JUAREZ-HERNANDEZ, ) | Date: March 31, 2008 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Assistant United States Attorney Kyle Reardon, and Assistant Federal Defender Caro Marks, attorney for defendant Manuel Juarez-Hernandez, as follows:

The status conference hearing date of March 3, 2008, should be continued until March 31, 2008. The defense is still reviewing the discovery in this case and needs additional time to review it with the defendant in Spanish, at the jail.

Therefore, IT IS STIPULATED between the parties that the time

period between the signing of this Order up to and including March 31, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:   February 27, 2008

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Attorney for Defendant
                                      GABRIEL RAMIREZ


                                      /s/ Kyle Reardon
                                      _____
                                      KYLE REARDON
                                      Assistant United States Attorney


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 3, 2008, status conference hearing be continued to March 31, 2008, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 31, 2008 status conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE