```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MANUEL JUAREZ-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2nd **AMENDED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0060 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date:  April 28, 2008 |
| MANUEL JUAREZ-HERNANDEZ, ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Assistant United States Attorney Kyle Reardon, and Assistant Federal Defender Caro Marks, attorney for defendant Manuel Juarez-Hernandez, as follows:

The status conference hearing date of March 31, 2008, should be continued until April 28, 2008. The defense has not yet received the certified copy of defendant's criminal record necessary to calculate his likely sentence under the federal sentencing guidelines. These records are necessary to determine the defendant's's sentence pursuant

1 to either a plea or a conviction at trial. Counsel requests a
2 continuance to allow time to receive the records, review them with the
3 defendant, and calculate his guidelines.
4     Therefore, IT IS STIPULATED between the parties that the time
5 period between the signing of this Order up to and including April 28,
6 2008, be excluded in computing the time within which trial must
7 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
8 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
9 counsel.
10
11 Dated: March 25, 2008
                                    Respectfully submitted,
12
                                    DANIEL J. BRODERICK
13                                     Federal Defender
14
15                                   /s/ Caro Marks
                                  _____
16                                   CARO MARKS
                                  Attorney for Defendant
17                                   MANUEL JUAREZ-HERNANDEZ
18                                   /s/ Kyle Reardon
                                  _____
19                                   KYLE REARDON
                                  Assistant United States Attorney
20
21                                **ORDER**
22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the March 31, 2008, status conference hearing be continued
24 to April 28, 2008, at 8:30 a.m.  Based on the representation of defense
25 counsel and good cause appearing there from, the Court hereby finds
26 that the failure to grant a continuance in this case would deny defense
27 counsel reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 28, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE